UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81549-AMC

LORI WEISE,

     Plaintiff,

v.

BLUE LINE LAW FIRM, PLLC.,
and KEVIN J. DRUMMOND, individually,

     Defendants.

_____/

## NOTICE OF NON-OBJECTION

Plaintiff LORI WEISE (hereinafter, "Plaintiff"), by and through the undersigned counsel, hereby files this Notice of Non-Objection to Report and Recommendations DE # 45.

Dated: January 5, 2024

Respectfully submitted,

                        **ZANDRO E. PALMA, P.A.**
                        **Attorney for Plaintiff**
                        9100 S. Dadeland Blvd. Suite 1500
                        Miami, FL 33156
                        Telephone:  (305) 446-1500
                        Facsimile:  (305) 446-1502
                        zep@thepalmalawgroup.com
                        BY:  **_s/Zandro E. Palma___**
                        Zandro E. Palma Esq.
                        Florida Bar No.: 0024031

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 5, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd., Ste 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:  (305) 446-1502
zep@thepalmalawgroup.com
BY: **_s/Zandro E. Palma___**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
*Attorney for Plaintiff*