**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| LORI WEISE, an individual   § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 9:22-cv-81549-AMC |
| vs. § | |
| § | |
| BLUE LINE LAW FIRM PLLC § | |
| AND KEVIN J. DRUMMOND, § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF NON-OBJECTION

Defendants BLUE LINE LAW FIRM PLLC AND KEVIN J DRUMMOND (hereinafter, "Defendants"), by and through the undersigned counsel, hereby files this Notice of Non-Objection to Report and Recommendations DE #45.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, January 19, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

Respectfully submitted,

By: /s/ Enrique Nieves
ENRIQUE NIEVES, ESQ. (FBN 41736)
**BLUE LINE LAW FIRM, PLLC**
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401
Telephone: 888-611-9511
Facsimile: 561-892-3330
E-Service: intake@tbllf.com
                    eservice@tbllf.com

**9:22-cv-81549-AMC**
Notice of Non-Objection
Page 2 of 2

## <u>SERVICE LIST</u>

| | |
|---|---|
| Zandro E. Palma, Esq.<br>**ZANDRO E. PALMA, P.A.**<br>9100 South Dadeland Boulevard, Ste. 1500<br>Miami, FL 33156<br>305-446-1500<br>Fax: 305-446-1502<br>Email: zep@thepalmalawgroup.com | |